IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIPINAS GUASQUE and MANUEL GUASQUE, <br><br> Plaintiffs, <br><br> v. <br><br> SC PROPERTY MANAGEMENT, INC., AURORA LOAN SERVICES LLC, QUALITY LOAN SERVICE CORPORATION, <br><br> Defendants. | Case No. 10-1174 SC <br><br> ORDER TO SHOW CAUSE WHY CASE <u>SHOULD NOT BE DISMISSED</u> |

   Plaintiffs Filipinas and Manuel Guasque ("Plaintiffs") filed this action in Superior Court of the State of California for the County of San Mateo, alleging thirteen causes of action.  <u>See</u> Notice of Removal, Docket No. 1, Ex. A ("Compl.").  On March 19, 2010, Defendant Aurora Loan Services LLC ("Aurora") removed this action to federal court on the basis of the federal questions contained in the Complaint, as Plaintiffs had alleged violation of the Truth in Lending Act, 15 U.S.C. § 1601.  Plaintiffs' counsel was served with Notice of Removal on March 22, 2010.  Docket No. 4 ("Proof of Service of Notice of Removal").  Plaintiffs have not filed a motion to remand the case.

   On March 26, 2010, Aurora filed a motion to dismiss Plaintiffs' causes of action against Aurora.  Docket No. 6.

Plaintiffs' counsel was served with notice of Aurora's Motion to Dismiss on the same day. Docket No. 6-2 ("Proof of Service of Motion to Dismiss"). Plaintiffs have yet to file an Opposition or Statement of Non-Opposition, and in fact, have not made any filings with this Court since Aurora removed the action.

IT IS HEREBY ORDERED that Plaintiffs Filipinas and Manuel Guasque are to appear in Courtroom No. 1, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on July 23, 2010 at 10:00 a.m., to show cause why this action should not be dismissed for failure to prosecute. Aurora Loan Services LLC shall serve this Order to Show Cause on Plaintiffs and file with the Court a Proof of Service within five (5) days of this Order.

FAILURE TO COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS FOR DISMISSAL.

IT IS SO ORDERED.

Dated: July 8, 2010



UNITED STATES DISTRICT JUDGE